```
Amy J. Lepine, Esq. (California SBN: 203073)
E-mail: amy@lepinelaw.com
LEPINE LAW GROUP
444 West "C" St., Ste 140
San Diego, CA 92101
Telephone: (619) 231-1337
Facsimile: (619) 231-1330

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KRISTI MINSON-GRAY, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>NEW LIFE AGENCY INC.; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (SYNDICATE NOS. 510, 1945 AND 1880); and DOES 1 TO 10<br><br>Defendant. | Case No. ED-CV-02163 VAP (SPx)<br><br>**STIPULATION OF THE PARTIES TO DISMISS THIS ACTION WITH PREJUDICE** |

WHEREAS the parties have agreed to a confidential settlement.

IT IS HEREBY STIPULATED BY ALL PARTIES that the instant action should be dismissed with prejudice as to all parties to this action

Dated: April 22, 2013

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE, LLP

By: /s/ Amy J. Lepine, Esq.
Attorney for Plaintiff

**IT IS SO ORDERED**
DATE April 30 2013
[signature]
U.S. DISTRICT COURT JUDGE

Case No. ED-CV-02163 VAP (SPx)

1.

STIPULATION OF THE PARTIES TO DISMISS THIS ACTION WITH PREJUDICE

| | |
|---|---|
| Dated: April 22, 2013 | BULLIVANT HOUSER BAILEY PC |
| | |
| | By: /s/ Jess B. Millikan, Esq. |
| | Attorney for Defendant |
| | Certain Underwriters at Lloyd's |
| | |
| Dated: April 22, 2013 | MORRIS POLICH & PURDY, LLP |
| | |
| | By: /s/ Penelope M. Deihl, Esq. |
| | Attorney for Defendant |
| | New Life Agency, Inc |