

1  Amy J. Lepine, Esq. (California SBN: 203073)
   E-mail:  amy@lepinelaw.com
2  LEPINE LAW GROUP
   444 West "C" St., Ste 140
3  San Diego, CA 92101
   Telephone: (619) 231-1337
4  Facsimile:  (619) 231-1330

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
9                         EASTERN DIVISION

10

11  KRISTI MINSON-GRAY, an Individual        Case No. ED-CV-02163 VAP (SPx)

12              Plaintiff,

13  vs.                                      **STIPULATION OF THE PARTIES TO
                                             DISMISS THIS ACTION WITH
14  NEW LIFE AGENCY INC.; CERTAIN            PREJUDICE**
    UNDERWRITERS AT LLOYD'S,
15  LONDON (SYNDICATE NOS. 510, 1945
    AND 1880); and DOES 1 TO 10
16
                Defendant.
17  _____/

18

19      WHEREAS the parties have agreed to a confidential settlement.

20

21      IT IS HEREBY STIPULATED BY ALL PARTIES that the instant action should be

22  dismissed with prejudice as to all parties  to this action

23

24  Dated: April 22, 2013              CARCIONE, CATTERMOLE, DOLINSKI,
                                       STUCKY, MARKOWITZ & CARCIONE, LLP
25
    **IT IS SO ORDERED**
26                                     By:    /s/ Amy J. Lepine, Esq.
    **DATE** April 30 2013                    Attorney for Plaintiff
27

28
    **U.S. DISTRICT COURT JUDGE**

                                              Case No. ED-CV-02163 VAP (SPx)
                                    1.

Dated: April 22, 2013

BULLIVANT HOUSER BAILEY PC

By:   /s/ Jess B. Millikan, Esq.
Attorney for Defendant
Certain Underwriters at Lloyd's

Dated: April 22, 2013

MORRIS POLICH & PURDY, LLP

By:   /s/ Penelope M. Deihl, Esq.
Attorney for Defendant
New Life Agency, Inc

Case No. ED-CV-02163 VAP (SPx)

2.

STIPULATION OF THE PARTIES TO DISMISS THIS ACTION WITH PREJUDICE